NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**CRAIG THORNER** AND
**VIRTUAL REALITY FEEDBACK CORPORATION,**
*Plaintiffs-Appellants,*

v.

**SONY COMPUTER ENTERTAINMENT AMERICA,
LLC, SONY ELECTRONICS, INC.** AND **RILEY
RUSSELL,**
*Defendants-Appellees,*

AND

**GREGORY S. GEWIRTZ** AND **LERNER DAVID
LITTENBERG KRUMHOLZ & MENTLIK, LLP,**
*Defendants-Appellees,*

AND

**LARRY C. RUSS, MARC A. FENSTER,** AND **RUSS
AUGUST & KABAT,**
*Defendants-Appellees,*

AND

**GLEN M. DIEHL** AND **DIEHL SERVILLA, LLC,**
*Third Party Defendants-Appellees.*

―――――――――――

2013-1329

―――――――――――

Appeal from the United States District Court for the District of New Jersey in No. 09-CV-1894, Judge Mary L. Cooper.

---

## ON MOTION

---

## O R D E R

Donald P. Jacobs moves to withdraw as counsel for Craig Thorner and Virtual Reality Feedback Corporation.

Federal Circuit Rule 47.3(a) allows an individual to represent himself or herself, but prohibits a corporation, partnership, organization, or other legal entity from doing so. *See Int'l Inst. for Fundamental Studies, Inc. v. United States*, 222 Ct. Cl. 626, 630-31 (1980).

Upon consideration thereof,

It Is Ordered That:

(1)  The motion is granted.

(2)  New counsel for Virtual Reality Feedback Corporation shall file an entry of appearance within 60 days of the date of this order.  Craig Thorner must either apply to appeal pro se or have new counsel file an entry of appearance within 60 days of the date of this order.  Failure to do so will result in dismissal of the appeal.

(3)  The appellants' opening brief is due within 120 days of the date of this order.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26